IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

GARDEN DISTRICT BOOK SHOP, INC.; OCTAVIA
BOOKS, L.L.C.; FUTURE CRAWFISH PAPER,
L.L.C.; AMERICAN BOOKSELLERS
ASSOCIATION; AND COMIC BOOK LEGAL
DEFENSE FUND,

                Plaintiffs,

-v-

JAMES D. CALDWELL, in his official capacity as
ATTORNEY GENERAL OF THE STATE OF
LOUISIANA, et al.,

                Defendants.

Case No. 3:15-CV-738-BAJ-SCR

**Joint Stipulation Regarding
Dismissal of Undersigned Attorney
General and Accompanying
Proposed Order**

The undersigned Defendant Attorney General and Plaintiffs hereby agree to the following stipulations:

1. The undersigned Attorney General agrees that he, his successors, officers, agents, servants, employees, and attorneys and those persons in active concert or participation with him, shall be bound by any judgment, order, or injunction issued in this action with respect to enforcement of Louisiana's H.B. 153, Act 187 of the Laws of 2015, codified at La. Stat. Ann. § 14:91.14 (the "Act").

2. In recognition of the Defendant Attorney General's being bound by any judgment, order, or injunction issued in this action with respect to enforcement of the Act, the Plaintiffs agree to voluntarily dismiss the Attorney General as a Defendant in this action without prejudice, pursuant to Fed. R. Civ. P. 41(a). The dismissal shall be effective as of the date of entry of any accompanying Order of this Court accepting this Joint Stipulation and dismissing the Defendant Attorney General from this

1

action.

RESPECTFULLY SUBMITTED this 23rd day of December, 2015,

JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL
By:

/s/ *Colin Clark*
Colin Clark (La. Bar Roll No. 33775)
Angelique Duhon Freel (La. Bar Roll No. 28561)
Andrea Barient (La. Bar Roll No. 35643)
Jeffrey M. Wale (La. Bar Roll No. 36070)
Assistant Attorneys General
**Louisiana Department of Justice**
1885 North 3rd Street
P. O. Box 94005
Baton Rouge, Louisiana 70804-9005
Telephone: (225) 326-6200
Fax: (225) 326-6297
Email: clarkc@ag.state.la.us
freela@ag.state.la.us
barienta@ag.state.la.us
walej@ag.state.la.us

*Counsel for Defendant, James D. "Buddy"*
*Caldwell, in his official capacity as Attorney*
*General*

Michael A. Bamberger
(admitted *pro hac vice*)
Richard M. Zuckerman
(admitted *pro hac vice*)
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 768-6700
Fax: (212) 768-6800
Michael.Bamberger@dentons.com
Richard.Zuckerman@dentons.com

*/s/ Esha Bhandari*
Esha Bhandari
(admitted *pro hac vice*)
Lee Rowland
(admitted *pro hac vice*)
American Civil Liberties Union Foundation
125 Broad St, 18th Floor
New York, NY 10004
(212) 549-2500
Fax: (212) 549-2654
ebhandari@aclu.org
lrowland@aclu.org

Stephen A. Dixon  La. No. 18185
ACLU Foundation of Louisiana Cooperating Attorney
1330 Highland Park Dr.
Baton Rouge, LA 70808
(225) 588-5407
Fax: (504) 613-6511
southla@laaclu.org

*/s/ Candice C. Sirmon*
Candice C. Sirmon, T.A., La. No. 30728
ACLU Foundation of Louisiana
P.O. Box 56157
New Orleans, LA 70156
(504) 522-0628
Fax: (504) 613-6511
csirmon@laaclu.org

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I do hereby certify that on December 23, 2015, I electronically filed the foregoing, including the accompanying Proposed Order, with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all parties through the CM/ECF system.

*/s/ Esha Bhandari*
Esha Bhandari
American Civil Liberties Union Foundation
125 Broad St, 18th Floor
New York, NY 10004
(212) 549-2500
Fax: (212) 549-2654
ebhandari@aclu.org