UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GARDEN DISTRICT BOOK SHOP, INC., ET AL.

CIVIL ACTION

VERSUS

JAMES D. CALDWELL, ET AL.

NO.:15-00738-BAJ-SCR

ORDER

Before the Court are a **Joint Stipulation Regarding Dismissal of Attorney General (Doc. 30)** and Defendant Attorney General's **Motion to Dismiss Pursuant to Rule 12(b)(1) (Doc. 23)**. The Plaintiffs have agreed to dismiss the Defendant Attorney General pursuant to the terms of their agreed upon stipulations, including that the Defendant Attorney General shall be bound by any judgment, order, or injunction issued in this action with respect to enforcement of Louisiana's H.B. 153, Act 187 of the Laws of 2015, codified at La. Stat. Ann. § 14:91.14 (the "Act").

Accordingly,

**IT IS ORDERED** that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the stipulations of the Defendant Attorney General and the Plaintiffs, the Attorney General, James D. Caldwell, is **DISMISSED WITHOUT PREJUDICE**.

IT IS FURTHER ORDERED that the Motion to Dismiss Pursuant to Rule 12(b)(1) (Doc. 23) is DENIED AS MOOT.

Baton Rouge, Louisiana, this 5th day of January, 2016.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA