IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| GARDEN DISTRICT BOOK SHOP, INC.; OCTAVIA BOOKS, L.L.C.; FUTURE CRAWFISH PAPER, L.L.C.; AMERICAN BOOKSELLERS ASSOCIATION; AND COMIC BOOK LEGAL DEFENSE FUND,<br>     Plaintiffs,<br>-v-<br>JAMES E. STEWART, SR., in his official capacity, etc., et al.,<br>     Defendants. | Case No. 3:15-CV-738-BAJ-EWD<br><br>**Joint Motion to Temporarily Stay Proceedings Pending Settlement Negotiations** |

  The undersigned parties, by and through their attorneys, respectfully submit this Joint Motion to Temporarily Stay Proceedings Pending Settlement Negotiations, pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Civil Rule 16. Good cause supports this Joint Motion as set forth below:

  1. On December 23, 2015, Judge Riedlinger entered an Order (Doc. 31) granting the parties' Joint Motion to Vacate Scheduling Conference and Postpone Status Report, in light of the Plaintiffs' then-pending Motion for Preliminary Injunction. Judge Reidlinger's Order stated that "[a]nother scheduling conference will be set, and the date for filing the status report will be fixed, after the [Court] rules on the . . . Motion for Preliminary Injunction."

  2. On April 29, 2016, this Court entered a Ruling and Order (Doc. 48) granting Plaintiffs' Motion for Preliminary Injunction and denying Defendants' Motion to Dismiss for Failure to State a Claim.

  3. In light of this Court's Ruling and Order of April 29, 2016, the parties wish to engage in settlement negotiations, as contemplated by Fed. R. Evid. 408 and Local Civil Rule 16(c), with the aim of resolving this case.

4.  In order to avoid burdening this Court should further litigation be unnecessary, the parties hereby propose a stay of all proceedings, including any scheduling conference and the filing of a status report, pursuant to Fed. R. Civ. P. 16(b)(4), and Local Civil Rule 16(c), until such time as the parties inform the Court of the resolution of their settlement negotiations, or inform the Court that they are no longer pursuing settlement negotiations, provided that if, as of July 31, 2016, settlement discussions are continuing, the parties shall file a status report, advising the Court of the status and projected timetable of such discussions and whether the stay should remain in place.

5.  The parties recognize that this Court's Ruling and Order (Doc. 48) granting Plaintiffs' Motion for Preliminary Injunction remains in effect.

6.  A proposed Order is submitted herewith.

RESPECTFULLY SUBMITTED this 3rd day of June, 2016,

        JEFF LANDRY, ATTORNEY GENERAL
        By:

        /s/ *Colin Clark*
        Colin Clark (La. Bar Roll No. 33775)
        Angelique Duhon Freel (La. Bar Roll No. 28561)
        Andrea Barient (La. Bar Roll No. 35643)
        Jeffrey M. Wale (La. Bar Roll No. 36070)
        Assistant Attorneys General
        Louisiana Department of Justice
        1885 North 3rd Street
        P. O. Box 94005
        Baton Rouge, Louisiana 70804-9005
        Telephone: (225) 326-6200
        Fax: (225) 326-6297
        Email: clarkc@ag.state.la.us
        freela@ag.state.la.us
        barienta@ag.state.la.us
        walej@ag.state.la.us

        *Attorneys for all Defendants*

| | |
|---|---|
| Michael A. Bamberger<br>(admitted *pro hac vice*)<br>Richard M. Zuckerman<br>(admitted *pro hac vice*)<br>Dentons US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>(212) 768-6700<br>Fax: (212) 768-6800<br>Michael.Bamberger@dentons.com<br>Richard.Zuckerman@dentons.com | */s/ Esha Bhandari*<br>Esha Bhandari<br>(admitted *pro hac vice*)<br>Lee Rowland<br>(admitted *pro hac vice*)<br>American Civil Liberties Union Foundation<br>125 Broad St, 18th Floor<br>New York, NY 10004<br>(212) 549-2500<br>Fax: (212) 549-2654<br>ebhandari@aclu.org<br>lrowland@aclu.org |
| Stephen A. Dixon  La. No. 18185<br>ACLU Foundation of Louisiana Cooperating Attorney<br>1330 Highland Park Dr.<br>Baton Rouge, LA 70808<br>(225) 588-5407<br>Fax: (504) 613-6511<br>southla@laaclu.org | */s/ Candice C. Sirmon*<br>Candice C. Sirmon, T.A., La. No. 30728<br>ACLU Foundation of Louisiana<br>P.O. Box 56157<br>New Orleans, LA 70156<br>(504) 522-0628<br>Fax: (504) 613-6511<br>csirmon@laaclu.org |

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

    I do hereby certify that on June 3, 2016, I electronically filed the foregoing Joint Motion to Temporarily Stay Proceedings Pending Settlement Negotiations, including the accompanying Proposed Order, with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all parties through the CM/ECF system.

*/s/ Esha Bhandari*
Esha Bhandari
American Civil Liberties Union Foundation
125 Broad St, 18th Floor
New York, NY 10004
(212) 549-2500
Fax: (212) 549-2654
ebhandari@aclu.org