UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **GARDEN DISTRICT BOOK SHOP, INC., ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **15-738-BAJ-SCR** |
| **JAMES E. STEWART, SR., ET AL.** | |

## MOTION FOR LEAVE TO SUBSTITUTE FILING

NOW INTO COURT, through undersigned counsel, come James E. Stewart, Sr. (1st Judicial District), Daniel W. Newell (2nd Judicial District), John F. Belton (3rd Judicial District), Jerry L. Jones (4th Judicial District), John M. "Mack" Lancaster (5th Judicial District), James E. Paxton (6th Judicial District), Bradley R. Burget (7th Judicial District), R. Chris Nevils (8th Judicial District), Phillip Terrell, Jr. (9th Judicial District), Van H. Kyzar (10th Judicial District), Don M. Burkett (11th Judicial District), Charles A. Riddle III (12th Judicial District), Trent Brignac (13th Judicial District), John F. DeRosier (14th Judicial District), Keith A. Stutes (15th Judicial District), Martin Bofill Duhe (16th Judicial District), Camille A. Morvant, II (17th Judicial District), Richard J. Ward, Jr. (18th Judicial District), Hillar C. Moore, III (19th Judicial District), Samuel C. D'Quilla (20th Judicial District), Scott M. Perrilloux (21st Judicial District), Warren Montgomery (22nd Judicial District), Ricky Babin (23rd Judicial District), Paul D. Connick, Jr. (24th Judicial District), Charles J. Ballay (25th Judicial District), John "Schuyler" Marvin (26th Judicial District), Earl B. Taylor (27th Judicial District), J. Reed Walters (28th Judicial District), Joel T. Chaisson, II (29th Judicial District), Asa A. Skinner (30th Judicial District), Michael C. Cassidy (31st Judicial District), Joseph L. Waitz, Jr. (32nd Judicial District), H. Todd Nesom (33rd Judicial District), Perry M. Nicosia (34th Judicial District),

James P. Lemoine (35th Judicial District), James R. Lestage (36th Judicial District), Brian Frazier (37th Judicial District), Jennifer A. Jones (38th Judicial District), Julie C. Jones (39th Judicial District), Bridget A. Dinvaut (40th Judicial District), Leon A. Cannizzaro, Jr. (41st Judicial District), and Gary Evans (42nd Judicial District), each a Louisiana District Attorney for the Judicial District listed above, sued in their official capacity, (hereinafter the "Defendants" or "the State"), and moves the Court to substitute the Amended Joint Status Report in the place of Doc. 54. The prior filing (Doc. 54) was submitted in error without a signature block.

WHEREFORE, the Defendants pray that this Court accept and substitute the Amended Joint Status Report in the place of Doc. 54.

RESPECTFULLY SUBMITTED this 2nd day of August, 2016.

>JEFF LANDRY
>ATTORNEY GENERAL
>
>By:  \_\_\_/s/ Andrea Barient_____
>Angelique Duhon Freel (La. Bar Roll No. 28561)
>Colin Clark (La. Bar Roll No. 33775)
>Andrea Barient (La. Bar Roll No. 35643)
>Jeffrey M. Wale (La. Bar Roll No. 36070)
>Assistant Attorneys General
>**Louisiana Department of Justice**
>1885 North 3rd Street
>P. O. Box 94005
>Baton Rouge, Louisiana 70804-9005
>Telephone:  (225) 326-6200
>Fax:  (225) 326-6297
>Email:  freela@ag.state.la.us
>            clarkc@ag.state.la.us
>            barienta@ag.state.la.us
>            walej@ag.state.la.us
>
>*Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I do hereby certify that, on this 2nd day of August 2016, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system which gives notice of filing to all counsel of record. Counsel of record not registered in the CM/ECF systems were served via other means. Counsel of record who will receive the filing using the CM/ECF system include:

      Micahel A. Bamberger, Richard M. Zuckerman, Esha Bhandari, Lee Rowland, Stephen A. Dixon, Candice C. Sirmon, Angelique Duhon Freel, Colin Clark Jeffrey M. Wale.

Baton Rouge, Louisiana this 2nd day of August, 2016.

                                      _____/s/ Andrea Barient_____
                                    Andrea Barient, Assistant Attorney General